# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON DRAIN, <br><br> Defendant. | Case No.: 2:18-cr-00134-KJD-NJK <br><br> **Order Setting Hearing** |

Pending before the Court is Defendant's Motion to Suppress Evidence. Docket No. 21. The Court hereby SETS an evidentiary hearing on this motion for March 8, 2019, at 10:00 a.m., in Courtroom 3D. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: February 27, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1