CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
E-Mail: contact@christopheroramlaw.com
Attorney for Defendant, AARON DRAIN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>AARON DRAIN<br>　　　　Defendants. | CASE NO. 2:18-cr-00134-KJD-NJK<br><br>**STIPULATION TO CONTINUE**<br>**EVIDENTIARY HEARING**<br>**(Fourth Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Allison Reese, Assistant United States Attorney, and Aaron Drain, by and through his attorney, Christopher R. Oram, that the Evidentiary Hearing in the above-captioned matter, now scheduled for May 7, 2019,, at the hour of 10:00 am, be vacated and rescheduled to a date and time convenient to the Court, but not sooner than 30 days. Counsel also requests the hearing not be scheduled for May 17, 2019 or May 24, 2019 through June 10, 2019, as counsel for Mr. Drain is scheduled to be out of the jurisdiction.

　　　This is the fourth overall, but the second request by the instant counsel for a continuance of the Evidentiary Hearing in this matter. This Stipulation is entered into for the following:

　　　1. As counsel is new to the case, additional time is needed to prepare for the hearing. Additionally, counsel is currently in the process of negotiations, which would alleviate the need for the instant hearing. A continuance of the evidentiary hearing date would allow additional time for this case to be resolved.

　　　2. The defendant is in custody and does not object to this stipulation.

　　　3. Denial of this request could result in a miscarriage of justice.

1

4. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Evidentiary hearing date.

/s/ Allison Reese   04/30/2019                    /s/ Christopher R. Oram     04/302019
ALLISON REESE   DATE                              CHRISTOPHER R. ORAM    DATE
Assistant United States Attorney                  Counsel for Aaron Drain

Based upon the Stipulation of the parties, and good cause appearing, the Court finds that:

1. The parties have stipulated to reschedule the evidentiary hearing date as presently scheduled.

2. This Court, being convinced that adequate showing has been made that were this request for a rescheduling of the dates to be denied, counsel would not have the necessary time to prepare for the Evidentiary hearing based on the following:

    A. As counsel is new to the case, additional time is needed to prepare for the hearing. Additionally, counsel is currently in the process of negotiations, which would alleviate the need for the instant hearing. A continuance of the evidentiary hearing date would allow additional time for this case to be resolved.

    B. The defendant is in custody and does not object to a continuance.

    C. Denial of this request could result in a miscarriage of justice.

    D. For the above reasons, the ends of justice would best be served by a rescheduling of the Evidentiary hearing.

**ORDER**

IT IS ORDERED the Evidentiary hearing scheduled for May 7, 2019, at the hour of 10:00 am, be vacated and rescheduled to June 19, 2019, at 10:00 a.m., in Courtroom 3C.

DATED this 30th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE